1    MARK CRONE (SBN 179765)
      mcrone@cronelaw.com
2    THE CRONE LAW GROUP
      101 Montgomery Street, Suite 2650
3    San Francisco, California 94104
      Telephone: (415) 525-8264
4    Facsimile:  (415) 955-8910

5    CONSTANTINE PANAGOTACOS (SBN 238557)
      cpanagotacos@dpllp.com
6    DUNN & PANAGOTACOS
      850 Montgomery Street, Suite 155
7    San Francisco, California 94133
      Telephone:  (415) 982-2100
8    Facsimile:   (415) 982-2119

9    Attorneys for Defendant                JS-6

10   CTX VIRTUAL TECHNOLOGIES, INC.

11

12               UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XNERGY FINANCIAL, LLC, a California Limited Liability Company; and NEXT POINT CAPITAL CORPORATION d/b/a MULHOLLAND INVESTORS,<br><br>         Plaintiffs,<br><br>    v.<br><br>CTX VIRTUAL TECHNOLOGIES, INC., a Delaware corporation,<br><br>         Defendants. | CASE NO. CV12-03110 FMO (RZx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

        Plaintiffs XNERGY FINANCIAL, LLC, a California Limited Liability Company and NEXT POINT CAPITAL CORPORATION d/b/a MULHOLLAND INVESTORS, and defendant CTX VIRTUAL TECHNOLOGIES, INC., a Delaware corporation, pursuant to the Settlement Agreement dated as of April 19, 2013 ("Settlement Agreement"), by and through their respective counsel, hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.  The parties request the Court to retain jurisdiction to enforce

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

IT IS HEREBY ORDERED:

1.      The parties shall comply with the terms of their settlement agreement entered into as of April 19, 2013, which is incorporated by reference as if fully set forth.

2.      By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through May 15, 2014.  If no action is taken before May 15, 2014 to enforce the terms of the settlement agreement, the dismissal order in paragraph 3, *infra*, shall be with prejudice.

3.      Except as provided for in paragraphs 1 and 2 above, this case is dismissed, without prejudice, with fees and costs borne as provided for in the Settlement Agreement.

IT IS SO ORDERED.

Dated: June 4, 2013                    _____/s/_____
                                       Hon. Fernando M. Olguin
                                       Judge of the United States District Court